# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

NAVIGATOR WIRELINES SERVICE, INC.,

    Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

Case No. 1:12-cv-13899

Hon. Thomas L. Ludington
Magistrate Judge Charles E. Binder

| Gary D. Popovits (P63861) | Thomas F. Myers (P18146) | Kari Timm (Illinois Bar #6256771) |
|---|---|---|
| Brant, Fisher, Alward & Pezzetti, P.C. | GARAN LUCOW MILLER, P.C. | Walker Wilcox Matousek, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant, ACE AMERICAN | Attorneys for Defendant, ACE AMERICAN |
| 1241 E. Eighth Street | 1000 Woodbridge Street | One North Franklin Street, Suite 3200 |
| P.O. Box 5817 | Detroit, MI 48207-3108 | Chicago, Illinois 60606 |
| Traverse City, MI 49696-5817 | (313) 446-5509 | (312) 244-6700 |
| (231) 941-9660 | tmyers@garanlucow.com | ktimm@wwmlawyers.com |
| gpopovits@bfarlaw.com | | |

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

Now come the above-named parties, by and through their undersigned attorneys, and pursuant to a resolution of Plaintiff's claim against the Defendant, and pursuant to the parties' stipulation by and through their undersigned attorneys, and this Court being otherwise fully aware of the premises herein,

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same hereby is dismissed in its entirety with prejudice and without costs or attorney fees to either party.

This Order resolves the last pending claim and closes the captioned case.

APPROVED AS TO FORM AND SUBSTANCE:

s/*with consent of Gary* D. Popovits
Gary D. Popovits
BRANT, FISHER, ALWARD & PEZZETTI, P.C.
Attorneys for Plaintiff
1241 E. Eighth Street
P.O. Box 5817
Traverse City, MI 49696-5817
231.941.9660
gpopovits@bfarlaw.com
P63861

s/Thomas F. Myers
Thomas F. Myers (P18146)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendant
1000 Woodbridge Street
Detroit, MI  48207-3192
313.446.5509
tmyers@garanlucow.com
P18146

It is so **ORDERED**.

Dated: February 6, 2013               s/Thomas L. Ludington
                                                                                       THOMAS L. LUDINGTON
                                                                                       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 6, 2013.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS